THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Keith Bratcher, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF 
CERTIORARI

Appeal From Greenwood County
 Wyatt T. Saunders, Jr., Circuit Court Judge
Memorandum Opinion No. 2007-MO-032   

Submitted May 22, 2007  Filed June 4, 2007
DISMISSED AS 
IMPROVIDENTLY GRANTED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of the South Carolina Commission of Appellate Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted certiorari to review the post-conviction relief courts denial of relief to petitioner, Keith Bratcher.  After careful consideration, we now dismiss certiorari as improvidently granted.
DISMISSED.
TOAL, C.J., BURNETT, PLEICONES, JJ., and Acting Justice J. Michelle Childs, concur. MOORE, J., not participating.